1

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6                        **DISTRICT OF ARIZONA**

7
                                            )
8   **Phillip Skirboll,** and               )        No. CV 07-2501-PHX-NVW
    **Jerell Skirboll,**                     )
9                                            )
                                             )
10        Plaintiffs,                        )
                                             )
11  v.                                       )              **ORDER**
                                             )
12  **Portfolio Recovery**                   )
    **Associates, LLC,**                     )
13                                           )
                                             )
14        Defendant.                         )
                                             )
15  _____ )

16       Plaintiffs and Defendant having stipulated to

17  dismissal of this action with prejudice, and good cause

18  appearing,

19       **IT IS HEREBY ORDERED** dismissing this action with

20  prejudice, each party to bear its own attorney's fees and

21  costs.

22       DATED this 25th day of August, 2008.

23

24  _____
                        Neil V. Wake
25                 United States District Judge